No. 7303.

THE STATE EX REL. L. DePOOTER VS. GERVAIS LECHE ET AL.

A *mandamus* or injunction, the object of which is to prevent one from assuming to be or to act as a certain public officer, falls, and its force is spent, when such officer accepts another office and thereby vacates the one to which the injunction applied.

APPEAL from the District Court for St. John the Baptist. DUFFEL, J.

*De Poorter in pp. Berault,* and *E. & J. Legendre* for Respondent Appellant.

MANNING, C. J., delivered the opinion dismissing the proceeding at the relator's costs.